FILED '08 JUN 30 14:43 USDC-ORM

IN THE UNITED STATES DISTRICT COURT

FOR THE DISTRICT OF OREGON

WAYNE L. LERCH,

    Plaintiff,

v.

MICHAEL J. ASTRUE,
Commissioner of Social
Security,

    Defendant.

Civ. No. 06-1667-CL

**JUDGMENT**

Based on the record, the Commissioner's decision is affirmed and this action is dismissed.

DATED this 30 day of June, 2008.

*/s/ Owen M. Panner*
OWEN M. PANNER
U.S. DISTRICT JUDGE

1 - JUDGMENT